UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-382 |
| v. | : | MAGISTRATE NO. 05-0497M-01 (CR) |
| DELONTE LEE JOHNSON,<br>also known as Kevin Lee Simon,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | VIOLATION: 18 U.S.C. §922(g)(1)<br>(Unlawful Possession of a Firearm and<br>Ammunition by a Person Convicted of a Crime<br>Punishable by Imprisonment for a Term<br>Exceeding One Year);<br>22 D.C.C. §3232(a)<br>(Receiving Stolen Property) |

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about September 15, 2005, within the District of Columbia, **DELONTE LEE JOHNSON, also known as Kevin Lee Simon**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F7487-02, did unlawfully and knowingly receive and possess a firearm, that is, a Bersa .380 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about September 15, 2005, within the District of Columbia, **DELONTE LEE JOHNSON, also known as Kevin Lee Simon**, bought, received, possessed, and obtained control of property of a value of $250 or more, belonging to Andre Drakeford, which had been stolen, knowing and having reason to believe is was stolen, with the intent to defraud and to deprive Andre Drakeford of a right to and benefit of the property.

(**Receiving Stolen Property**, in violation of Title 22, District of Columbia Code, Section 3232(a) (2001 ed.))

A TRUE BILL:

FOREPERSON.

_Kenneth L. Wainstein_
Attorney of the United States in
and for the District of Columbia