# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 05-382 (EGS)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **KEVIN SIMON** | **:** | |
| **aka Delonte Johnson,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Catharine Hartzenbusch at telephone number (202) 353-8822 and/or email address  Catharine.Hartzenbusch@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

Catharine A. Hartzenbusch
Assistant United States Attorney
Federal Major Crimes, Bar No. 450-194
555 4th Street, NW,  Room 4233
Washington, DC 20530
(202) 353-8822
Catharine.Hartzenbusch@usdoj.gov