UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Criminal No. 05-382 (EGS)

DELONTE LEE JOHNSON

Defendant.

FILED

OCT 25 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house **DELONTE LEE JOHNSON aka Kevin Lee Johnson** at Central Treatment Facility until further Order of this Court.

October 21, 2005

Emmet G. Sulllivan
United States District Judge