UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-382 (EGS) |
| | : | |
| v. | : | Judge Emmet G. Sullivan |
| | : | |
| KEVIN SIMON, | : | Status Hearing: November 21, 2005 |
| also known as Delonte Johnson, | : | |
| | : | |
| Defendant. | : | |

UNOPPOSED MOTION FOR AN ORDER
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to issue an order excluding 30 days in computing the time within which a trial must commence in this case, in the interests of justice, for the reasons given orally on the record in open court at the last status hearing held on October 21, 2005. The undersigned Assistant United States Attorney has contacted counsel for the defendant, Mr. Jonathan Jeffress, Esq., who stated that the defense does not oppose this motion.

WHEREFORE, the United States respectfully requests that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
CATHARINE A. HARTZENBUSCH
Assistant United States Attorney
Bar No. 450-194
Federal Major Crimes Section
555 Fourth Street, NW, Room 4233
Washington, DC 20530
(202) 353-8822
Catharine.Hartzenbusch@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon counsel for the defendant, Jonathan Jeffress, Esq., this 4th day of November, 2005.

_____
Catharine A. Hartzenbusch
Assistant United States Attorney