UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-382 (EGS) |
| | : | |
| v. | : | Judge Emmet G. Sullivan |
| | : | |
| KEVIN SIMON, | : | |
| also known as Delonte Johnson, | : | |
| | : | |
| Defendant. | : | |

ORDER
====

Upon the unopposed written motion of the United States to exclude 30 days in computing the time within which a trial must commence in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court orally set forth its reasons in the record at the time of the status hearing in this case held on October 21, 2005, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that 30 days be excluded in computing the time within which a trial must commence in the instant case.

SO ORDERED.

Dated: _____     _____
                                  EMMET G. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE

Copies to:

Catharine A. Hartzenbusch, AUSA
555 Fourth Street, NW
Washington, DC 20530

Jonathan Jeffress, Esq.
625 Indiana Ave., NW, Suite 550
Washington, DC 20004