UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 05-382 (EGS) |
| v. | : | Status Hearing – December 19, 2005 |
| DELONTE JOHNSON, a/k/a KEVIN SIMON, | : | |
| Defendant. | : | |

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES:

The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1) are:

    i.    That the defendant knowingly possessed a firearm and ammunition;

    ii.    That the firearm and ammunition had been shipped or transported from one state to another; and

    iii.    That, at the time the defendant possessed the firearm and ammunition, the defendant had been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year.

II.   COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.    PENALTIES:

Pursuant to 18 United States Code § 924(a)(2), the crime of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year carries a maximum sentence of 10 years imprisonment, a $250,000 fine and up to three years of supervised release.

IV.    FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt with competent, admissible evidence:

Shortly after 3:00 p.m. on September 15, 2005, officers of the Metropolitan Police Department's WAVE Team observed someone later identified as Marcus Stewart operating a Suzuki All Terrain Vehicle (ATV) in the 1100 block of Eastern Avenue, N.E. Washington, DC. That Suzuki ATV had previously been reported as stolen. Before the officers could stop him, Mr. Stewart went into a wooded area.

Shortly afterward, the officers observed the defendant, Delonte Johnson, a/k/a Kevin Simon, operating that same Suzuki ATV in the parking lot of the 7-11 store at xxx xxxxxxx xx, Washington, DC. When the officers attempted to stop the defendant, he accelerated the ATV, popped a "wheelie," and fell off the vehicle to the ground. The defendant was then stopped.

Officers checked the Vehicle Identification Number of the ATV and verified that it had been reported stolen. Officers also observed that the ATV ignition had been punched, that is, the cylinder holding the ignition lock had been removed, and the ATV was being operated by some

other means than the ignition key.  The defendant was arrested for unauthorized used of a vehicle.

Before being searched incident to the arrest, the officers asked the defendant if he had anything on him.  The defendant said he had a gun in his pocket.  Officers recovered from the defendant's front left pants pocket a "Bersa Thunder" .380 caliber semi-automatic hand gun, serial number 435634.  That gun was loaded with one (1) live .380 caliber round in the chamber and six (6) additional live .380 caliber rounds in the magazine.  Upon his arrest, the defendant told the police that he had been shot, or shot at, in the area and that is why he had the gun.

The defendant knowingly and intentionally possessed the firearm and ammunition described in this proffer.  The defendant admits that the firearm was operable, and that the firearm and ammunition had traveled from another state into the District Columbia.  Furthermore, at the time he committed the offenses described above, the defendant had previously been convicted of Possession With Intent to Distribute Cocaine, in D.C. Superior Court Case No. F-7487-02, a crime punishable by a term of imprisonment exceeding one year.

                          Respectfully submitted,
                          KENNETH L. WAINSTEIN
                          United States Attorney
                          Bar No. 451-058

                          _____
                          CATHARINE A. HARTZENBUSCH
                          Assistant United States Attorney
                          Bar No. 450-194
                          Federal Major Crimes Section
                          555 4th Street, N.W.   Room 4233
                          Washington, DC 20530
                          Catharine.Hartzenbusch@usdoj.gov
                          (202) 353-8822

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Jonathan Jeffress, Esq., this 15th day of December 2005.

_____
Catharine A. Hartzenbusch
Assistant United States Attorney