**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES
        Plaintiff,

    vs.                                  Criminal No. 05-382 (EGS)
DELONTE JOHNSON
        Defendant.
_____/
```

**ORDER**

On **JANUARY 26, 2006**, the defendant pled guilty to Count One of the Indictment.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MARCH 29, 2006**; defendant's memorandum of law, if any shall be filed by no later than **APRIL 5, 2006**; the Government's memorandum of law, if any shall be filed by no later than **APRIL 12, 2006,** a reply, if any, shall be filed by no later than **APRIL 19, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **APRIL 26, 2006 AT 12:15 P.M.**

IT IS SO ORDERED.

DATE: January 26, 2006    EMMET G. SULLIVAN
                          UNITED STATES DISTRICT JUDGE