# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. CR 05-382 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **DELONTE JOHNSON,** | : | |
| aka Kevin Simon, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael T. Truscott, at telephone number (202) 514-7533, and/or email address Michael.Truscott2@usdoj.gov. Assistant United States Attorney Michael T. Truscott will substitute for Assistant United States Attorney Catharine Hartzenbusch as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

---

    Michael T. Truscott
    New York Bar
    Assistant United States Attorney
    Federal Major Crimes Section
    555 4th Street, NW, Room 4237
    Washington, DC 20530
    (202) 514-7533