UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. 05-382 (EGS) |
| ) | |
| **DELONTE LEE JOHNSON,** ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT DELONTE JOHNSON'S UNOPPOSED
MOTION TO CONTINUE SENTENCING DATE**

Mr. Delonte Johnson, the defendant, through undersigned counsel, respectfully submits this unopposed motion to continue the sentencing date in this matter. In support of this motion, counsel submits the following:

1. On January 26, 2006, Mr. Johnson entered a plea to one count of unlawful possession of a firearm by a convicted felon. Sentencing is currently scheduled for **April 26, 2006 at 12:15 a.m.** Counsel believes that all issues regarding the PSR have been resolved.

2. Due to the press of other business, however, counsel has been unable to complete a sentencing memorandum at this time. Counsel is therefore requesting a brief continuance of the sentencing (2 weeks) so that the Court and the government will have time to review his sentencing memorandum, which will be submitted no later than c.o.b. tomorrow, April 25, 2006.

3. Undersigned counsel attempted to inform AUSA Michael Truscott of this motion this morning by telephone. However, counsel could not reach AUSA Truscott.

WHEREFORE, Mr. Johnson respectfully requests that the sentencing in this matter be continued for a period of 2 weeks.

          Respectfully submitted,


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500