UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. 05-382 (EGS) |
| ) | |
| **DELONTE LEE JOHNSON,** ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of defendant Delonte Johnson's Motion to Continue Sentencing Date, it is hereby

**ORDERED** that Mr. Johnson's motion is **GRANTED**; and it is

**FURTHER ORDERED** that sentencing is now set for

_____ at _____ am/pm.

**SO ORDERED**.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

**DATE:**

Jonathan S. Jeffress, AFPD
Michael Truscott, AUSA