1  Q    Now, after Mr. Simon supposedly popped a wheelie and then
2  fell off, what was done then?
3  A    He was stopped by several officers, detained until I got
4  to the scene, and once I got to the scene, my investigation
5  led that it was in fact stolen and he was placed under arrest
6  for unauthorized use of a vehicle.
7  Q    Was he frisked before you got there?
8  A    I don't know.
9  Q    Was he frisked while you were there?
10 A    Yes.
11 Q    Was that before or after he had told you that he had a
12 gun on him?
13 A    I had actually asked him for his ID.  He told me it was
14 in his right front pocket.  I'd actually got that and then a
15 few minutes later he stated to the officers he had a gun on
16 him also.
17 Q    So he voluntarily told you that?
18 A    Yes.
19 Q    You say he had already been frisked or he had not been
20 frisked at that point?
21 A    No, he hadn't been.  He wasn't even under arrest.  He was
22 handcuffed and detained at that point.  He wasn't placed under
23 arrest until after I revealed the vehicle was stolen.
24 Q    Okay.  So he kind of just said, you know, "Hey, you guys
25 should know I've got this gun on me."