```
 1  A    They were 380 also.
 2  Q    And did the police get a look at the bullets in the gun?
 3  A    I did myself.  I recovered the gun.
 4  Q    Did the bullets appear to you to have been made by a
 5  company, manufactured by a company, in a factory, or did they
 6  look as if they were homemade and hand packed?
 7  A    They appeared to be from a manufacturer.
 8  Q    Were the 380 caliber bullets in the gun taken from
 9  Defendant's pants pocket, were those bullets made in the
10  District of Columbia?
11  A    No.
12  Q    Did the police do a criminal records check in connection
13  with Mr. Simon's arrest?
14  A    Yes.
15  Q    Did that criminal records check show if Mr. Simon ever
16  before had been convicted of a crime punishable by
17  imprisonment for a term exceeding one year?
18  A    I viewed his record.  I believe there was two felony
19  convictions on his record that I saw.
20  Q    Other than telling you that he had the gun in his pocket,
21  did he, the Defendant Mr. Simon, have anything to say about
22  all this?
23  A    He basically stated that it was just dangerous out there,
24  he had been shot in that same area some time beforehand, and
25  that's why he had the gun on him.
```